FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

2017 DEC 29 P 3: 48

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 1:17-mj-020 |
| | ) |
| OMAR H. YIARIM | ) Initial Appearance: January 29, 2018 |

CRIMINAL INFORMATION

(Misdemeanor – 7087816/EV-17)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about December 6, 2017, at Fort Myer, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, OMAR H. YIARIM, did unlawfully, knowingly, and intentionally possess marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844).

DANA J. BOENTE
UNITED STATES ATTORNEY

By: /s/ Bridget Karns
Bridget Karns
Special Assistant
United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3776
Fax (703) 805-1042
Bridget.karns@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2017, I mailed, a true and accurate copy of the Criminal Information herein filed to OMAR H. YIARIM, 2895 Hartfold Street APT 5 Washington, DC 20020.

_____
TRACY R. HERNANDEZ
Administrative Assistant