IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Citation No. 7087816 |
| v. ) | Court Date: May 1, 2018 |
| ) | |
| OMAR H. KARIM, ) | |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

MOTION FOR DISMISSAL

The United States of America does not desire to prosecute pending citation number 7087816 pertaining to defendant OMAR H. KARIM.

Accordingly, the United States hereby moves for dismissal without prejudice of citation number 7087816 pertaining to defendant, OMAR H. KARIM. Counsel for the Defendant has been contacted and has no objection to the motion.

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

BY: _____
Rosanne C. Haney
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Dismissal and proposed Order will be mailed to the defendant via first class mail, on the 9th day of March, 2017.

**Elizabeth Ann Mullin**
Office of the Federal Public Defender (Alexandria)
1650 King St
Suite 500
Alexandria, VA 22314
703-600-0800
Email: elizabeth_mullin@fd.org

Respectfully submitted,

Tracy Doherty-McCormick
Acting United States Attorney

_____
Rosanne C. Haney
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Citation No. 7087816 |
| v. | ) | |
| OMAR H. KARIM, | ) | |
| Defendant. | ) | |

ORDER

The motion of the United States of America to dismiss without prejudice citation number 7087816 pertaining to the defendant OMAR H. KARIM, is hereby granted.

IT IS ORDERED that citation number 7087816 pertaining to the defendant, OMAR H. KARIM, is hereby dismissed without prejudice.

Dated this _____
day of March, 2017
Alexandria, Virginia

_____
United States Magistrate Judge